KING, HOLMES, PATERNO & BERLINER LLP
HOWARD E. KING, ESQ., STATE BAR NO. 077012
SETH MILLER, ESQ., STATE BAR NO. 175130
MILLER@KHPBLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Defendant/Counterclaimant
F.E.A. MERCHANDISING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, and NORTON LLC, a limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>F.E.A. MERCHANDISING, INC., and DOES 1 through 50,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. CV09-02747 MMC<br>Hon. Maxine M. Chesney, Courtroom 7<br><br>[PROPOSED] ORDER ALLOWING APPEARANCE BY TELEPHONE AT OCTOBER 9, 2009 CASE MANAGEMENT CONFERENCE<br><br>Action Commenced: June 19, 2009 |

Pursuant to stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

All parties may appear by telephone at the Case Management Conference set to be heard on Friday, October 9, 2009, at 10:30 a.m.

DATED: October 6, 2009

_____
JUDGE, UNITED STATES DISTRICT COURT

1500.061/309104.1