1   KING, HOLMES, PATERNO & BERLINER LLP
    HOWARD E. KING, ESQ., STATE BAR NO. 077012
2   SETH MILLER, ESQ., STATE BAR NO. 175130
    MILLER@KHPBLAW.COM
3   1900 AVENUE OF THE STARS, 25TH FLOOR
    LOS ANGELES, CALIFORNIA 90067-4506
4   TELEPHONE: (310) 282-8989
    FACSIMILE:  (310) 282-8903
5
    Attorneys for Defendant/Counterclaimant
6   F.E.A. MERCHANDISING, INC.

7

8                   UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  BILL GRAHAM ARCHIVES LLC, d/b/a          CASE NO. CV09-02747 MMC
    WOLFGANG'S VAULT, a limited              Hon. Maxine M. Chesney, Courtroom 7
12  liability company, and NORTON LLC, a
    limited liability company,               [PROPOSED] ORDER ALLOWING
13                                           APPEARANCE BY TELEPHONE
               Plaintiffs,                   AT OCTOBER 9, 2009 CASE
14                                           MANAGEMENT CONFERENCE
        vs.
15                                           Action Commenced: June 19, 2009
    F.E.A. MERCHANDISING, INC., and
16  DOES 1 through 50,

17             Defendants.

18  _____
    AND RELATED COUNTERCLAIM.
19

20       Pursuant to stipulation of the parties, and good cause appearing therefore,

21       IT IS HEREBY ORDERED THAT:

22       All parties may appear by telephone at the Case Management Conference set

23  to be heard on Friday, October 9, 2009, at 10:30 a.m.

24

25  DATED:  October 6, 2009      _____
                                 JUDGE, UNITED STATES DISTRICT COURT
26

27

28

1500.061/309104.1