KING, HOLMES, PATERNO & BERLINER LLP
HOWARD E. KING, ESQ., STATE BAR NO. 077012
SETH MILLER, ESQ., STATE BAR NO. 175130
MILLER@KHPBLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE:  (310) 282-8903

Attorneys for Defendant/Counterclaimant
F.E.A. MERCHANDISING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, and NORTON LLC, a limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>F.E.A. MERCHANDISING, INC., and DOES 1 through 50,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. CV09-02747 MMC<br>Hon. Maxine M. Chesney, Courtroom 7<br><br>**[PROPOSED] ORDER CONTINUING PRIVATE ADR COMPLETION DEADLINE BY 30 DAYS**<br><br>Action Commenced: June 19, 2009<br>Discovery Cutoff:    May 14, 2010<br>Pretrial Conference: October 12, 2010<br>Trial:                      October 25, 2010 |

Pursuant to stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

The March 15, 2010 deadline for completion of private ADR previously ordered by the Court is hereby continued by thirty days until April 14, 2010.

DATED: March 16, 2010

*/s/ Maxine M. Chesney*
JUDGE, UNITED STATES DISTRICT COURT

1500.061/335622.1