**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BILL GRAHAM ARCHIVES LCC, et al.,

    Plaintiffs,

  v.

F.E.A. MERCHANDISING, INC.,

    Defendant

No. C 09-2747 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFFS' MOTION TO COMPEL**

    Pursuant to Civil Local Rule 72-1, the "Motion of Plaintiff Bill Graham Archives LLC d/b/a Wolfgang's Vault to Compel Defendant F.E.A. Merchandising, Inc. to Produce Documents, Provide Further Responses, and Provide Information to Facilitate Depositions; Request for Sanctions," filed April 9, 2010, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.[1]

    **IT IS SO ORDERED**.

Dated: April 12, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] The May 14, 2010 hearing before the undersigned is VACATED.