UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL GRAHAM ARCHIVES LLC, et al.,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>F.E.A. MERCHANDISING INC.,<br><br>　　　　Defendant(s). | No. C09-2747 MMC (BZ)<br><br>**INITIAL DISCOVERY ORDER** |

    All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

    In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about the dispute is insufficient.  The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

1

1 | In the event they cannot resolve their dispute, the
2 | parties must participate in a telephone conference with the
3 | Court **before** filing any discovery motions or other papers.
4 | The party seeking discovery shall request a conference in a
5 | letter **filed electronically** not exceeding two pages (with no
6 | attachments) which briefly explains the nature of the action
7 | and the issues in dispute.  Other parties **shall reply** in
8 | similar fashion within **two days** of receiving the letter
9 | requesting the conference.  The Court will contact the parties
10 | to schedule the conference.
11 | After the conference with the Court, if filing papers is
12 | deemed necessary, they should be filed **electronically** with the
13 | Clerk's Office, with **one hard copy delivered directly to**
14 | **Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A
15 | chambers copy of all briefs shall be submitted on a diskette
16 | formatted in WordPerfect or e-mailed to the following address:
17 | **bzpo@cand.uscourts.gov**
18 | Dated: April 14, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BILL GRAHAM ARCHIVES V. F.E.A.MERCHANDISING\INITIAL DISCOVERY ORDER.wpd