UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL GRAHAM ARCHIVES LLC, et al.,<br><br>        Plaintiff(s),<br><br>   v.<br><br>F.E.A. MERCHANDISING INC.,<br><br>        Defendant(s). | No. C09-2747 MMC (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE** |

This matter has been referred to me for discovery by the Honorable Maxine M. Chesney.  Plaintiff Bill Graham Archives LLC has filed a Motion to Produce.  **IT IS HEREBY ORDERED** that the defendant shall set forth its position on the discovery dispute in a letter of <u>not</u> <u>more</u> than two pages to be served and filed by **noon on Monday, April 19, 2010.  IT IS FURTHER ORDERED**, that a telephonic conference is scheduled for **Tuesday, April 20, 2010 at 1:30 p.m.,** to discuss the discovery dispute(s) currently at issue.  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: April 15, 2010

　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\BILL GRAHAM ARCHIVES V. F.E.A.MERCHANDISING\TEL CONF 1.wpd

1