1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   BILL GRAHAM ARCHIVES LLC, et)
     al.,                       )
12                              )        No. C09-2747 MMC (BZ)
                 Plaintiff(s),  )
13                              )        **SECOND DISCOVERY ORDER**
            v.                  )
14                              )
     F.E.A. MERCHANDISING INC., )
15                              )
                                )
16               Defendant(s).  )
     _____)
17

18        Following a telephone conference where all parties were

19   represented by counsel, **IT IS ORDERED THAT**

20        1.  The parties **SHALL** meet and confer and make a good

21   faith effort to resolve this discovery dispute by **5:00 p.m. on**

22   **APRIL 23, 2010**.

23        2.  For any matters unresolved atthe meet and confer

24   session, plaintiff **SHALL** file a Civil Local Rule 37-2

25   statement by **APRIL 30, 2010** for any matters that require court

26   ///

27   ///

28   ///

                                  1

1  intervention. Defendant **SHALL** file any opposition by **MAY 10,**

2  **2010**.  Any reply **SHALL** be filed by **MAY 14, 2010**.  The Court

3  will schedule a hearing if necessary.

4

5  Dated: 20 Apr 2010

6

7  _____
                  Bernard Zimmerman
8                  United States Magistrate Judge

9

G:\BZALL\-REFS\BILL GRAHAM ARCHIVES V. F.E.A.MERCHANDISING\SEC DISC ORD.wpd
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28