UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL GRAHAM ARCHIVES LLC, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> F.E.A. MERCHANDISING INC., <br><br> Defendant(s). | No. C09-2747 MMC (BZ) <br><br> **SECOND DISCOVERY ORDER** |

Following a telephone conference where all parties were represented by counsel, **IT IS ORDERED THAT**

1. The parties **SHALL** meet and confer and make a good faith effort to resolve this discovery dispute by **5:00 p.m. on APRIL 23, 2010**.

2. For any matters unresolved at the meet and confer session, plaintiff **SHALL** file a Civil Local Rule 37-2 statement by **APRIL 30, 2010** for any matters that require court

///

///

///

1

1  intervention. Defendant **SHALL** file any opposition by **MAY 10,**
2  **2010.**   Any reply **SHALL** be filed by **MAY 14, 2010.**   The Court
3  will schedule a hearing if necessary.

5  Dated: 20 Apr 2010

           _____
7
           Bernard Zimmerman
8          United States Magistrate Judge

G:\BZALL\-REFS\BILL GRAHAM ARCHIVES V. F.E.A.MERCHANDISING\SEC DISC ORD.wpd