UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILL GRAHAM ARCHIVES LLC, et al.,

        Plaintiff(s),

    v.

F.E.A. MERCHANDISING INC.,

        Defendant(s).

No. C09-2747 MMC (BZ)

**SCHEDULING ORDER**

    Having read docket No. 50 and 51, and Judge Chesney's recent order of reference to the ADR Program, **IT IS ORDERED** as follows:

    1.  This Court has no authority to alter any pretrial or trial dates set by Judge Chesney.  Any requests to reopen discovery or otherwise alter the pretrial schedule should be directed to Judge Chesney.

    2.  To the extent that either side believes the other has failed to provide discovery that was requested before the discovery cutoff, as that term is explained in Civil L.R. 26-2, that party has leave to file an appropriate motion to

compel after the parties have had their ADR conference and the

moving party certifies that it is satisfied that the

settlement agreement cannot be finalized.

Dated: May 26, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BILL GRAHAM ARCHIVES V. F.E.A.MERCHANDISING\DISC ORD 3.wpd